```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                     AT CHARLESTON
```

UNITED STATES OF AMERICA

v.                                    CRIMINAL NO. 2:17-00114

BRIAN KEVIN SIGMON, II

### AMENDED MEMORANDUM OPINION AND ORDER

The court hereby amends its order of earlier today (ECF No. 65) to clarify defendant's release date. The court **ORDERS** that defendant be released from custody on **May 19, 2022, at or before 6:00 a.m.** and that the revocation proceeding be continued until further order of the court. Upon his release, defendant is to report that same day to Prestera Center's Pinecrest Facility, by no later than **8:00 a.m.**, to begin his 28-day residential drug treatment program, and is to remain in that program until completion. The court's previous order remains the same in all other respects.

**IT IS SO ORDERED** this 13th day of May, 2022.

ENTER:

*David A. Faber*

David A. Faber
Senior United States District Judge